IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISHAWN BROWN,

    Plaintiff,

v.

CCI'S STAFF MEMBERS, et al.

    Defendants.

ORDER

Case No. 18-cv-483-bbc

Plaintiff Krishawn Brown has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than July 17, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Krishawn Brown may have until July 17, 2018 to submit a trust fund account statement for the period beginning approximately December 25, 2017 and ending approximately June 25, 2018. If, by July 17, 2018, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 25th day of June, 2018.

BY THE COURT:

PETER OPPENEER
Magistrate Judge