IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KRISHAWN BROWN,

                        Plaintiff,

    v.

OFFICER CASCADN,

                        Defendant.

ORDER

18-cv-483-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Krishawn Brown is proceeding on an Eighth Amendment claim that defendant Cascadn dispensed the wrong medication to plaintiff and refused to allow plaintiff to seek medical attention. Trial is scheduled for February 24, 2020. On July 25, 2019, defendant filed a motion for summary judgment. Dkt. #29. Plaintiff's opposition materials were due on August 26, 2019, but he has not responded to defendant's motion. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give plaintiff one more opportunity to submit a substantive response to defendant's motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Krishawn Brown may have until October 21, 2019

1

to file a response to defendant's motion for summary judgment. If plaintiff does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered this 7th day of October, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge