IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISHAWN BROWN,,

     Plaintiff,

Case No.  19-cv-483-bbc

  v.

KATHY CASCADDEN,

     Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant dismissing this case.


| /s/ | 11/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |