IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KRISHAWN W. BROWN,

                  Plaintiff-Appellant,

vs.                               Case No. 18-cv-00483-bbc.

KATHY CASCADDEN,

                  Defendant-Appellee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Notice** is hereby given that Krishawn W. Brown [DOC: #606303] Pro Se [Prisoner] Plaintiff above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment In A Civil Case, wherein it was Ordered and Adjudged that Judgment Is Entered in Favor of the Defendant dismissing this 42 U.S.C. §1983 Civil Rights [Medical] Issue Lawsuit via Summary Judgment "Opinion and Order" Filed on November 20, 2019 [Dkt. #47]. Wherein, the Honorable District Court Judge, Barbara B. Crabb, presiding by Opinion held [Dkt. #46]; A.] That Prisoner Plaintiffs' Must Not Only Demonstrate A Material Dispute As The Non-Movant to the Prison Officials Proposed Facts, But Must Go Further And Demonstrate to [Her] What Proposed Facts The Prisoner Plaintiff Has To Warrant A Judgment In Their Favor In Support Of Their Claim(s)/ [Dkt. #46:1]; B.] Judge Crabb Then Knowingly [Created] A False Evidentiary Fact In Support Of The Prison Official Defendant, Even Though The Undisputed Medical Records Document That The Defendants' Claim That She Issued Prisoner His On The Med-Cart Correct Medication, Was Comletely False, Judge Crabb Engaged This Known False Fact,

in the Courts November 20, 2019 Opinion, even though the Medical Records Document that Prisoners [Acetaminophen] Medication had ran out on March 13, 2018 and had not even been Prescribed for a Refill until March 27, 2018 (Two(2) Days After Defendant Cascadden has sworn that she "Showed plaintiff the blister pack of pills before giving them to him, punched out the pills and placed the card on top of the cart to be turned in for a refill / Dkt. #46:3). Yet in this Opinion Judge Crabb asserts that the refill took place on the 25th of March, thus [Sophistically] implying that the correct medication was available on March 25, 2018 at 8:30 P.M., to be issued to Plaintiff [Dkt. #46:3]; and C.J Judge Barbara B. Crabb, assertion, that Qualified Immunity is available to every individual Guards' Wrong Medication Issuance Incident, in that Each Guard Gets One Free Incident of Wrong Medication Issuance To Prisoner, and that she does Not Allowed Systemic/Policy Created Callous Disregard Actions to proceed against State Prison Medication Issuance Actions / (Attachment - #1)/[Dkt. #47].

The November 20, 2019 Judgment in a Civil Case Filed before the Clerk Of Courts Office by the Honorable Barbara B. Crabb, along with the Opinion and Order Granting Summary Judgment, and Qualified Immunity to the named Defendant [Dkt. #47 / Attachment - #1]/[Dkt. #46: 1-8]. Grants Appellate Review Juristion under 28 U.S.C. §1291 on all Issue(s) arising out of the Summary Judgment Dismissal and Grant of Qualified Immunity [Dkt. #46:1-8]

Dated this 17th day of December, 20[19]. Portage; Wisconsin.

KWB-OBM/File.
Attachment-#1;
(#01-Page Total).

E-Filing/Service:
 AAG Eliot M. Held.

Respectfully Filed By:
Krishawn W. Brown,    #606303-A
[Pro Se], In Forma Pauperis
Columbia Correctional Institution
Portage;    Wisconsin.    53901-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISHAWN BROWN,,

    Plaintiff,

                                                    Case No. 19-cv-483-bbc

v.

KATHY CASCADDEN,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                                     11/20/2019
Peter Oppeneer, Clerk of Court                 Date

Mr. Krishawn W. Brown #606303-A.
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#1.
Portage; Wisconsin. 53901-0900

December 17, 2019.

Mr. Peter Oppeneer, Clerk Of Courts.
United States District Court for
the Western District of Wisconsin.
120 North Henry Street, Room #320.
Madison; Wisconsin.     53703

Re: **Krishawn W. Brown v. Kathy Cascadden, §1983 Lawsuit**
**W.D. Wis. Case No. 18-cv-00483-bbc / "Notice Of Appeal**
**With Attachment-#1"** Pro Se [Prisoner] Filing.

Dear Clerk Of Courts, Mr. Oppeneer:

**Please** find enclosed with this Cover-Letter forwarding to the Clerk Of Courts Office for the United States District Court for the Western District of Wisconsin. Pro Se [Prisoner] Plaintiff's **"Notice Of Appeal With Attachment - #1 (#01-Page)" For Docketing With The Clerk Of Courts Office.** Herein, please Find the Total Three(3) Pages of Notice Of Appeal With Attachment-#1, for the immediate filing procedural execution and processing of 28 U.S.C. §1291 Jurisdiction transfer of the necessary documents related thereto.

Based upon the procedural [automatic] presumption that an Appeal of this §1983 Lawsuit action, that "Indigent" Plaintiff was allowed to proceed on In Forma Pauperis Status at the District Court Level remains in operational effect unless Judge Crabb Issues a Declaration of Bad Faith regarding this Appeal, plaintiff process there under on this Notice Of Appeal initiation; **Celske v. Edwards,** 164 F.3d 396, 398 (7th Cir. 1999)("Since a plaintiff who was allowed to proceed in forma pauperis (IFP) in the district court retains his IFP status in the court of appeals unless there is a certification of bad faith, no inference of bad faith can be drawn from the plaintiff's failure, at the time he filed his notice of appeal, to give reasons why his appeal was in good faith; having been allowed to proceed IFP in the district court, plaintiff was not required to give the district judge reasons for the appeal").

Plaintiff respectfully request that a E-Filed Copy of this E-Mailed Original Notice Of Appeal With Attachment be E-Served on the Named [Prison] Staff Member Counsel Of Record, Assistant Attorney General, Eliot M. Held, located at the Wisconsin State Department Of Justice, Madison; Wisconsin. That said service be executed in accordance with the E-Mailing/Filing Program System that has been in-effect here at the Columbia Correctional Institution since May 01, 2017; mandated participation by all Pro Se Prisoner Litigants..

KWB-OBM/File.
Enclosure:
a.] Notice Of Appeal
    (#02-Pages Total);
    Attachment-#1 Thereto
    (#01-Page Total).
E-Mail/Service: AAG Eliot M. Held.

Respectfully Submitted By:

_/s/ Krishawn W. Brown_     Pro Se.
Krishawn W. Brown,
[In Forma Pauperis]

12-17-19

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-643 (Rev 4/2015)

WISCONSIN

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD PARA INFORMACION / ENTREVISTA*

Instruction to Inmate Do not use this form to contact health staff Use a Health, Dental or Psychological Service Request

| OFFENDER NAME *NOMBRE DEL/LA OFENSOR(A)* | DOC NUMBER *NUMERO DEL/LA OFENSOR(A)* | LIVING UNIT *UNIDAD DE VIVIENDA* |
|---|---|---|
| Mr. Krishawn W. Brown | #606303-A. | Unit-#1/Cell #16-A.L. |

| DATE *FECHA* December 17, 2019. | WORK ASSIGNMENT *ASIGNACION DE TRABAJO* Inv. Unas. |
|---|---|

☐ Interview *Entrevista*   ☒ Information *Informacion*

STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

    Prisoner respectfully submits this Cover-Address to the CCI E-Mailing/Legal Filing Clerk, Librarian Ms. Victoria G. Troemel, regarding the following Pro Se [Prisoner] Plaintiff Notice Of Appeal With Attachment-#1 (#03-Pages Total); with One(1) Page Cover-Letter To Clerk Of Courts For The W.D. Wisconsin, Mr. Peter Oppeneer. Herein, please find the Original Draft(s) of listed Filing above, that was Hand-Delivered to the CCI Library Staff in accordance with the CCI Lock-Down Modified Operations, Law Library access allowance on the date so listed above, for without undue processing and E-Mailing hereof to the Clerk Of Courts Office for filing in the §1983 Lawsuit Action of **Krishawn W. Brown v. Kathy Cascadden, W.D. Wis. Case #18-cv-00483-bbc.**

    Thank You, for your requested immediate time and attention to this Notice Of Appeal Filing, which has a 12/20/19 Filing Deadline herefore.

---

(Do Not Write Below This Line) *(No Escriba Debajo Esta Linea)*

### DISPOSITION OF REQUEST *DISPOSICION DE LA SOLICITUD*

☐ You Will Be Interviewed   Date. _____   Time: _____
  *Usted sera entrevistado*   *Fecha.*   *Hora:*

☐ Information to Follow
  *Informacion Sera Proveida*

☐ Request Referred To: _____
  *Solicitud Refereida A:*

Information/Comment: _____
*Informacion/Comentario:*

Signed *Firmado* _____   Department *Departamento* _____